1  COLLEEN BAL, State Bar No. 167637
2  cbal@wsgr.com
   WILSON SONSINI GOODRICH & ROSATI
3  Professional Corporation
   One Market Plaza
4  Spear Tower, Suite 3300
5  San Francisco, CA 94105
   Telephone:  (415) 947-2000
6  Facsimile:  (415) 947-2099
7
8
   *Counsel for Defendant*
9  *GoDaddy.com, LLC*
10
11              **UNITED STATES DISTRICT COURT**
12              **CENTRAL DISTRICT OF CALIFORNIA**
13
14  JAMES NASSIRI, Individually and On       )
15  Behalf of All Others Similarly Situated, )   Case No. 2:14-CV-2141
                                              )
16                     Plaintiff,             )   Class Action
                                              )
17                                            )
        v.                                    )   **NOTICE OF APPEARANCE**
18                                            )
                                              )
19  GODADDY.COM, LLC,                         )
                                              )
20                     Defendant.             )
21                                            )

-2-

1  TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

2      Please enter my appearance as counsel in this case for Defendant

3  GoDaddy.com, LLC.  I certify that I am admitted to practice before this Court.

5  Dated:  April 25, 2014

                            WILSON SONSINI GOODRICH & ROSATI
                            Professional Corporation

                            By: */s/ Colleen Bal*
                                Colleen Bal

*Counsel for Defendant GoDaddy.com, LLC*