1  COLLEEN BAL, State Bar No. 167637
2  cbal@wsgr.com
   WILSON SONSINI GOODRICH & ROSATI
3  Professional Corporation
   One Market Plaza
4  Spear Tower, Suite 3300
5  San Francisco, CA 94105
   Telephone: (415) 947-2000
6  Facsimile: (415) 947-2099
7
8  *Counsel for Defendant*
   *GoDaddy.com, LLC*
9
10
11              **UNITED STATES DISTRICT COURT**
                **CENTRAL DISTRICT OF CALIFORNIA**
12

| | |
|---|---|
| JAMES NASSIRI, Individually and On Behalf of All Others Similarly Situated, | Case No. 2:14-CV-2141 |
| Plaintiff, | Class Action |
| v. | **DEFENDANT GODADDY.COM, LLC'S NOTICE OF INTERESTED PARTIES** |
| GODADDY.COM, LLC, | |
| Defendant. | |

Pursuant to Local Rule 7.1-1, the undersigned counsel certifies that Defendant GoDaddy.com, LLC ("GoDaddy") is a single-member limited liability company whose sole member is GoDaddy Operating Company, LLC.  GoDaddy is not presently aware of any insurance carrier which has agreed to cover any judgment or costs arising from this action.

Dated:  April 25, 2014

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: */s/ Colleen Bal*
       Colleen Bal

*Counsel for Defendant GoDaddy.com, LLC*