| | |
|---|---|
| KAZEROUNI LAW GROUP, APC | WILSON SONSINI GOODRICH & |
| Abbas Kazerounian, Esq. (SBN: 249203) | ROSATI |
| ak@kazlg.com | Professional Corporation |
| 245 Fischer Avenue, Suite D1 | Colleen Bal, Esq. (SBN: 167637) |
| Costa Mesa, CA 92626 | cbal@wsgr.com |
| Telephone: (800) 400-6808 | One Market Plaza |
| Facsimile: (800) 520-5523 | Spear Tower, Suite 3300 |
| | San Francisco, CA 94105 |
| HYDE & SWIGART | Telephone: (415) 947-2000 |
| Joshua B. Swigart, Esq. (SBN: 225557) | Facsimile: (415) 947-2099 |
| Josh@westcoastlitigation.com | |
| 2221 Camino Del Rio South, Suite 101 | *Counsel for Defendant* |
| San Diego, CA 92108 | *GoDaddy.com, LLC* |
| Telephone: (619) 233-7770 | |
| Facsimile: (619) 297-1022 | |

*Counsel for Plaintiff*
*James Nassiri*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES NASSIRI, Individually and On Behalf of All Others Similarly Situated, | Case No. 2:14-CV-2141 |
| | Class Action |
| Plaintiff, | **STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS** |
| v. | |
| GODADDY.COM, LLC, | **(L.R. 8-3)** |
| Defendant. | Complaint Served: 4/8/2014 |
| | Current Response Date: 4/29/2014 |
| | New Response Date: 5/29/2014 |

1  Pursuant to Local Rule 8-3, the undersigned counsel for Plaintiff James
2  Nassiri and Defendant GoDaddy.com, LLC have agreed to extend the time for
3  which Defendant must respond to Plaintiff's initial Complaint by thirty (30) days
4  from the date the response initially would have been due.  Plaintiff's Complaint was
5  served on Defendant on April 8, 2014, and Defendant's current response date is
6  April 29, 2014.  This stipulation shall therefore extend Defendant's response date to
7  May 29, 2014.

8  The undersigned counsel have further agreed to extend the time for which
9  Plaintiff must file a motion for class certification pursuant to Local Rule 23-3 by a
10  commensurate thirty (30) days.  Plaintiff's current due date for a motion for class
11  certification is July 7, 2014.  This stipulation shall therefore extend Plaintiff's class
12  certification date to August 6, 2014.

13  Discussions between the parties are ongoing regarding the allegations in
14  Plaintiff's Complaint.  The parties respectfully request that the Court grant these
15  extensions in order to provide additional time to confer and discuss potential
16  avenues for resolution.  There have been no prior requests for extensions in this
17  case.

18  Dated:  April 25, 2014         WILSON SONSINI GOODRICH & ROSATI
19                                 Professional Corporation

20                                 By: */s/ Colleen Bal*
21                                       Colleen Bal

22                                 *Counsel for Defendant GoDaddy.com, LLC*

23

24  Dated:  April 25, 2014         KAZEROUNI LAW GROUP, APC

25                                 By: */s/ Abbas Kazerounian*
26                                       Abbas Kazerounian

27                                 *Counsel for Plaintiff James Nassiri*

28

**ATTESTATION OF E-FILER**

In compliance with Local Rule 5-4.3.4(a)(2)(i), the undersigned ECF user whose identification and password are being used to file this document, hereby attests that all signatories have concurred in the filing of this document.

*/s/ Colleen Bal*
Colleen Bal