| | |
|---|---|
| KAZEROUNI LAW GROUP, APC<br>Abbas Kazerounian, Esq. (SBN: 249203)<br>ak@kazlg.com<br>245 Fischer Avenue, Suite D1<br>Costa Mesa, CA 92626<br><s>Telephone: (800) 400-6808</s><br>Facsimile: (800) 520-5523<br><br>HYDE & SWIGART<br>Joshua B. Swigart, Esq. (SBN: 225557)<br>Josh@westcoastlitigation.com<br>2221 Camino Del Rio South, Suite 101<br>San Diego, CA 92108<br>Telephone: (619) 233-7770<br>Facsimile: (619) 297-1022<br><br>*Counsel for Plaintiff*<br>*James Nassiri* | WILSON SONSINI GOODRICH &<br>ROSATI<br>Professional Corporation<br>Colleen Bal, Esq. (SBN: 167637)<br>cbal@wsgr.com<br><s>One Market Plaza</s><br>Spear Tower, Suite 3300<br>San Francisco, CA 94105<br>Telephone: (415) 947-2000<br>Facsimile: (415) 947-2099<br><br>*Counsel for Defendant*<br>*GoDaddy.com, LLC* |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES NASSIRI, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>GODADDY.COM, LLC,<br><br>　　　　　　　　　Defendant. | Case No. 2:14-CV-2141<br><br>Class Action<br><br>[<s>PROPOSED</s>] ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)<br><br>Complaint Served: 4/8/2014<br>Current Response Date: 4/29/2014<br>New Response Date: 5/29/2014 |

NOTE CHANGES MADE BY THE COURT.

1   THIS MATTER, having come before the Court upon a joint Stipulation by
2  the parties, requesting an Order extending (i) the time for which Defendant must
3  respond to Plaintiff's initial Complaint by thirty (30) days from the date the
4  response initially would have been due; and (ii) the time for which Plaintiff must
5  file a motion for class certification pursuant to Local Rule 23-3 by a commensurate
6  thirty (30) days, and the Court having considered all papers submitted herein, and
7  for good cause shown:

8   IT IS ORDERED that the requested extension is hereby GRANTED, and that
9  Defendant's due date to respond to Plaintiff's initial Complaint shall be May 29,
10 2014.

11  ~~IT IS FURTHER ORDERED that Plaintiff's due date to file a motion for~~
12  ~~class certification shall be August 6, 2014.~~

13
14  Dated: __4/28/14__   By: _[signature]_
15                           The Honorable Percy Anderson
16                           United States District Judge
17
18
19
20
21
22
23
24
25
26
27
28