**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
Jason A. Ibey, Esq. (SBN: 284607)
Jason@kazlg.com
245 Fischer Avenue, Suite D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**HYDE & SWIGART**
Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108-3551
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

*Attorneys for Plaintiff,*
James Nassiri

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMES NASSIRI, Individually and On Behalf of All Others Similarly Situated,**<br><br>    Plaintiff,<br>v.<br><br>**GODADDY.COM, LLC,**<br><br>    Defendant. | Case No**:** 2:14-cv-02141-PA-MAN<br><br>**NOTICE OF REQUEST FOR VOLUNTARY DISMISSAL OF ACTION PURSUANT TO FED. R. CIV. P. 41(a)** |

---

PLAINTIFF'S REQUEST FOR VOLUNTARY DISMISSAL
CASE NO.: 2:14-cv-02141-PA-MAN

Plaintiff JAMES NASSIRI ("Plaintiff") hereby voluntarily dismisses the above-captioned action against Defendant GODADDY.COM, LLC without prejudice as to Plaintiff's individual claims and without prejudice as to the putative class claims, pursuant to Fed. R. Civ. P. 41(a). Therefore, the Court may proceed to dismiss the above-captioned action in its entirety WITHOUT prejudice.

Respectfully submitted,

**Kazerouni Law Group, APC**

Date: May 22, 2014

By: /s/ Abbas Kazerounian, Esq.
    Abbas Kazerounian
    *Attorneys for Plaintiff*

**LAW OFFICES OF TODD M. FRIEDMAN, P.C.**
Todd M. Friedman, Esq. (SBN: 216752)
tfriedman@attorneysforconsumers.com
Nicholas J. Bontrager, Esq. (SBN: 252114)
nbontrager@attorneysforconsumers.com
369 S. Doheny Dr., #415
Beverly Hills, CA 90211
Telephone: (877) 206-4741
Facsimile: (866) 633-0228
*Attorneys for Plaintiff*