JS6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMES NASSIRI, Individually and On Behalf of All Others Similarly Situated,**<br><br>    Plaintiff,<br><br>v.<br><br>**GODADDY.COM, LLC,**<br><br>    Defendant. | Case No: 2:14-cv-02141-PA-MAN<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR VOLUNTARY DISMISSAL OF ACTION PURSUANT TO FED. R. CIV. P. 41(a)** |

ORDER GRANTING PLAINTIFF'S REQUEST FOR DISMISSAL
CASE NO.: 14-cv-02141-PA-MAN

1 | Having considered Plaintiff JAMES NASSIRI's Request for Voluntary Dismissal of the action against Defendant GODADDY.COM, LLC, the Court hereby **ORDERS** the action dismissed in its entirety WITHOUT prejudice.

**IT IS SO ORDERED**.

Date:   May 23, 2014

**Hon. Percy Anderson**
**United States District Judge**

ORDER GRANTING PLAINTIFF'S REQUEST FOR DISMISSAL
CASE NO.: 14-cv-02141-PA-MAN            1